**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RECEIVED
MAR 22 2013

STEVENS, MARK, E. KL-5989
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

*(In the space above enter the full name(s) of the plaintiff(s).)*

13 1521

- against -

PENNSYLVANIA D.O.C.
C.O. CAINE
SGT. RORING

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☐ No
(check one)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

Name MARK, E. STEVENS
ID # KL-5989
Current Institution SCI CAMP HILL
Address P.O. BOX 200
CAMP HILL, PA 17001-0200

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name C.O. CAINE Shield #
Where Currently Employed S.C.I. CAMP HILL
Address P.O. BOX 200
CAMP HILL, PA 17001-0200

Defendant No. 2
Name SGT. ROBINS Shield #
Where Currently Employed S.C.I CAMP HILL
Address P.O. BOX 200
Camp Hill PA. 17001-0200

Defendant No. 3
Name PA. D.O.C Shield #
Where Currently Employed CAMP HILL
Address 2520 LISBURN RD. PO. BOX 598
CAMP HILL PA 17001-0598

Defendant No. 4
Name Shield #
Where Currently Employed
Address

Defendant No. 5
Name Shield #
Where Currently Employed
Address

**II. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? S.C.I CAMP HILL

B. Where in the institution did the events giving rise to your claim(s) occur? I-BLOCK

C. What date and approximate time did the events giving rise to your claim(s) occur? 3-2-13 / 3-3-13

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

D. Facts: See ATTACHED PAPERS

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

SPIRITAULY & MENTALY CRUSHED

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). S.C.I Camp Hill

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓ No ____ Do Not Know ____

If YES, which claim(s)? Deniel OF Acess To Services

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No X

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

______________________________

1. Which claim(s) in this complaint did you grieve? ______________________________

2. What was the result, if any? ______________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ______________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: BECAUSE THE C.O.S ARE VERY VENGENFULL I WOULD HAVE BEEN TREATED WOST THAN I ALL READY AM - I HAVE ASKED SEVERAL OF THE C.O.S FOR FORM AND THEY DID NOT RESPOND

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: MR TAGGART UNIT MANAGER, HE STATED HE WOULD TRY TO GET ME ONE, HE DID NOT. SO I ASKED THE C.O.S AND THEY DID NOT RESPOND. THEY LAUGHED AT ME

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. THE C.O.S AND OTHER OFFICALS THINK THIS IS A JOKE

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). $1,000,000,000 + ANY REVIEW OF ALL RELIGIOUS FREEDOMS TOWARDS NATIVE AMERICAN AND AN APPOLIGY WRITEN + PUBLISHED IN NEWS PAPER

DC-804
Part 1
Rev 9/2010

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE
450[illegible]
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Mr. Bell | FACILITY: S.C.I. Camp Hill | DATE: 3-4-13 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Stevens E. Mark [illegible] | SIGNATURE OF INMATE: [signature] | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: I-B-1-6 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On this date I was issued a pass for Law Library (a hold to call pass) my cell was not opened for it. my cell was opened for day room. at 9:00 I asked the C.O. in charge of the doors why I wasn't called out he stated it was for 8:00 so I was not allowed to go. I stated we could stay as long at the Law Library already but he still would not let me go. I have not control of the doors. So I was denied my legal right. when I asked for a grievance form he said get lost —

B. List actions taken and staff you have contacted, before submitting this grievance.

Mr. Taggart witnessed this exchange

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] 3/6/13
Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

DC-804
Part 1
Rev 9/2010

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

[illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

[illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

3/11/13
Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

INMATE MUST TURN IN PASS IMMEDIATELY UPON COMPLETION OF THE PURPOSE FOR PASS

**INMATE PASS SLIP** Date: 3/5/13

No. KL5984 Name: Stevens

Housing Unit: I Cell Assignment: B16

Destination: LAW LIB

| | | |
|---|---|---|
| ISSUING AUTHORITY | SIGNATURE | Time Out 0800<br>Time In |
| DESTINATION AUTHORITY | SIGNATURE | Time In<br>Time Out |
| RETURN AUTHORITY | SIGNATURE | Time Out |

anybody remember the riots that happened here in 1988 or 1989. I'm not sure what the issue was but I don't think it was as serious as the problems that the C.O's are causing now. The D.O.C. has some major problems but no one wants to address them.

O.K. now the C.O. that denied me access to the Law Library has caused a ripple effect. Now I am not getting the Computer Generated passes, because I did not show up last time a pass was issued on 3-3-13. Something has got to change. It seems to me they are going out of there way to cause problems. Does

Also enclosed is a copy of a grievance I filed on a C.O. for denying me access to the Law Library so I will copy the forms you sent me and buy another suite concerning that matter. We will see, as well as you, how the grievance process work around here. I will keep you posted.

3-8-13 The Drama Continues

8:00 Computer generated pass recieved (Not requested.) So now I ~~did not receive~~ a 9:30 pass for Cultural Studies not issued (I Block) I discussed the Problem with my Spiritual Advisor. He wrote down